IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE CORP.,<br><br>Defendant. | C.A. No. 21-cv-5-MN<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

The Court, having considered Defendant McAfee Corp.'s Motion to Dismiss and the related briefing and argument;

IT IS HEREBY ORDERED that the motion is GRANTED.

So ORDERED this ____ day of _____, 2021.

_____
The Honorable Maryellen Noreika