## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., | |
| Plaintiff, | |
| v. | C.A. No. 21-cv-00005-MN |
| MCAFEE CORP., | **JURY TRIAL DEMANDED** |
| Defendant. | |

## DEFENDANT MCAFEE CORP.'S MOTION TO DISMISS PLAINTIFF KAJEET, INC.'S FIRST AMENDED COMPLAINT

Defendant McAfee Corp ("McAfee") hereby moves this Court to dismiss Plaintiff Kajeet, Inc.'s ("Kajeet") amended claims for direct, indirect, and willful infringement of U.S. Patent 8,667,559, along with Kajeet's amended past damages claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The basis of this motion is more fully set forth in Defendant's Opening Brief in Support of Motion to Dismiss, filed herewith. A proposed form of Order is attached.

By: /s/ Susan E. Morrison
Susan E. Morrison (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Tel: (302) 652-5070
morrison@fr.com

Aamir Kazi
Christopher O. Green
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tele: 404-724-2811
kazi@fr.com
green@fr.com

**ATTORNEYS FOR DEFENDANT
MCAFEE CORP.**

Dated: April 26, 2021