# Exhibit B

# Christopher O. Green

| | |
|---|---|
| **From:** | Aamir Kazi |
| **Sent:** | Monday, February 22, 2021 11:39 AM |
| **To:** | Corby Vowell |
| **Cc:** | Christopher O. Green |
| **Subject:** | Kajeet / McAfee - McAfee Corp. |

Corby –

The original complaint names the wrong entity (McAfee Corp.). McAfee Corp. is a holding company and has no responsibilities over the accused product. Please let us know how Kajeet proposes correcting this issue. We had also previously requested an extension of time to respond to the complaint. Please let us know Kajeet's position on that request.

Thank you.

**Aamir Kazi ::** Principal **::** Fish & Richardson P.C.

404 724 2811 direct **::** [kazi@fr.com](mailto:kazi@fr.com)