# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCAFEE CORP., <br><br> Defendant. | C.A. No. 21-cv-00005-MN <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT MCAFEE CORP.'S MOTION FOR SANCTIONS UNDER RULE 11

Defendant McAfee Corp. moves for dismissal with prejudice of the patent infringement claims asserted by Kajeet, Inc. and for sanctions under Federal Rule of Civil Procedure 11. The grounds for this motion are set forth in Defendant's Brief in Support of Motion for Sanctions Under Rule 11 submitted contemporaneously herewith.

Dated: August 23, 2021

By: */s/ Susan E. Morrson*
Susan E. Morrison (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Tel: (302) 652-5070
morrison@fr.com

Aamir Kazi
Christopher O. Green
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tele: 404-724-2811
kazi@fr.com
green@fr.com

**ATTORNEYS FOR DEFENDANT
MCAFEE CORP.**