**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| KAJEET, INC.,<br><br>             Plaintiff,<br><br>      v.<br><br>MCAFEE CORP.,<br><br>             Defendant. | C.A. No. 21-cv-5-MN<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR SANCTIONS UNDER RULE 11**

The Court, having considered Defendant McAfee Corp.'s Motion for Sanctions Under

Rule 11 and the related briefing and argument;

IT IS HEREBY ORDERED that the motion is GRANTED.


So ORDERED this _____ day of _____, 2021.


_____
The Honorable Maryellen Noreika