## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC.,<br><br>        Plaintiff,<br><br>   v.<br><br>MCAFEE CORP.,<br><br>        Defendant. | C.A. No. 21-cv-5-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 25, 2021, **DEFENDANT MCAFEE CORP.'S FIRST SET OF REQUESTS FOR PRODUCTION TO PLAINTIFF (NOS. 1-8)** were served on the attorneys of record, at the following addresses via electronic mail:

Brian E. Farnan (Del. Bar No. 4089)  
FARNAN LLP  
919 N. Market Street, 12th Floor  
Wilmington, DE 19801  
bfarnan@farnanlaw.com  
*Attorneys for Plaintiff*

Jonathan T. Suder  
Michael T. Cooke  
Corby R. Vowell  
Richard A. Wojcio  
FRIEDMAN, SUDER & COOKE  
604 East 4th Street, Suite 200  
Fort Worth, TX 76102  
jts@fsclaw.com; mtc@fsclaw.com;  
vowell@fsclaw.com; wojcio@fsclaw.com

Dated: August 25, 2021

By: */s/ Susan E. Morrison*
Susan E. Morrison (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Tel: (302) 652-5070
morrison@fr.com

Aamir Kazi
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA 30309
Tele: 404-724-2811
kazi@fr.com

**ATTORNEYS FOR DEFENDANT
MCAFEE CORP.**