# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCAFEE CORP., <br><br> Defendant. | C.A. No. 21-cv-5-MN <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 26, 2021, **DEFENDANT MCAFEE CORP.'S OBJECTIONS AND RESPONSES TO PLAINTIFF KAJEET, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION FOR DOCUMENTS AND THINGS (NOS. 1-48) AND DEFENDANT MCAFEE CORP.'S OBJECTIONS AND RESPONSES TO PLAINTIFF KAJEET, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1-8)** were served on the attorneys of record, at the following addresses via electronic mail:

Brian E. Farnan (Del. Bar No. 4089)
FARNAN LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
*Attorneys for Plaintiff*

Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, TX 76102
jts@fsclaw.com; mtc@fsclaw.com;
vowell@fsclaw.com; wojcio@fsclaw.com

Dated:  August 26, 2021

By:  /s/ Susan E. Morrison
Susan E. Morrison (#4690)
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
Tel: (302) 652-5070
morrison@fr.com

Aamir Kazi
Fish & Richardson P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, GA  30309
Tele: 404-724-2811
kazi@fr.com

**ATTORNEYS FOR DEFENDANT MCAFEE CORP.**