**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAJEET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GRYPHON ONLINE SAFETY, INC.,<br><br>Defendant. | C.A. No. 19-cv-2370-MN<br><br>JURY TRIAL DEMANDED |
| KAJEET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NORTONLIFELOCK INC.,<br><br>Defendant. | C.A. No. 20-cv-1339-MN<br><br>JURY TRIAL DEMANDED |
| KAJEET, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MCAFEE CORP.,<br><br>Defendant. | C.A. No. 21-cv-5-MN<br><br>JURY TRIAL DEMANDED |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 2, 2021, a copy of Plaintiff's Response to Defendant's First Set of Common Interrogatories (Nos. 1-9) was served on the following as indicated:

Via E-Mail
George Pazuniak
O'Kelly & Ernst, LLC
824 N. Market Street, Suite 1001A

Via E-Mail
Sanjeev Kumar
Hunt Pennington Kumar & Dula PLLC
skumar@hpkdlaw.com

Wilmington, DE 19801
gp@del-iplaw.com

*Counsel for Defendant Gryphon Online Safety, Inc.*

*Counsel for Defendant Gryphon Online Safety, Inc.*

Via E-Mail
Kevin M. Capuzzi
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
kcapuzzi@beneschlaw.com

*Attorneys for NortonLifeLock, Inc.*

Via E-Mail
Manish K. Mehta
Charanjit Brahma
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
mmehta@beneschlaw.com
cbrahma@beneschlaw.com

*Attorneys for NortonLifeLock, Inc.*

Via E-Mail
Susan E. Morrison
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
morrison@fr.com

*Counsel for Defendant McAfee Corp.*

Via E-Mail
Aamir Kazi
Christopher O. Green
Fish & Richardson P.C.
kazi@fr.com
cgreen@fr.com

*Counsel for Defendant McAfee Corp.*

Dated: September 2, 2021

Of Counsel:

Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Kajeet, Inc.*