# EXHIBIT "D"

| | |
|---|---|
| **From:** | Corby Vowell |
| **To:** | Aamir Kazi; Susana M. Ricardo; Jon Suder; Mike Cooke; Rich Wojcio; bfarnan@farnanlaw.com; Christopher O. Green; Susan Morrison; Michael J. Farnan |
| **Cc:** | McAfee/Kajeet |
| **Subject:** | RE: Kajeet v. McAfee - Service of Discovery |
| **Date:** | Friday, August 27, 2021 10:30:00 AM |

Aamir,

Please provide times that you are available on Tuesday of next week (August 31) for the meet and confer.

In addition, we did not receive any document production from McAfee yesterday which should have accompanied its discovery responses. Please let me know today if and when McAfee intends to produce documents for the other categories of documents that McAfee stated in its responses that it will produce. This is particularly important in light of the fact that McAfee only produced 22 pages of documents as its "core technical documents" in this case and then refused to produce further documents.

Thanks,
Corby