# EXHIBIT "G"

| | |
|---|---|
| **From:** | Corby Vowell |
| **To:** | Susana M. Ricardo; Jon Suder; Mike Cooke; Rich Wojcio; bfarnan@farnanlaw.com; Aamir Kazi; Christopher O. Green; Susan Morrison; Michael J. Farnan |
| **Cc:** | McAfee/Kajeet |
| **Subject:** | RE: Kajeet v. McAfee - Service of Discovery |
| **Date:** | Thursday, August 26, 2021 5:34:00 PM |

Aamir,

In McAfee's responses to Kajeet's Requests for Production Nos. 6-8-17-18, 29, 32, 40, and 47, you did not state whether McAfee would produce responsive documents. Instead, you stated for each of these requests that "McAfee is willing to meet and confer regarding the scope of this request." Please provide a time for tomorrow August 27, 2021 at which you are available to meet and confer regarding these requests.

In addition, in response to Kajeet's Interrogatory No. 1 related to McAfee's non-infringement positions, McAfee responded, in part, based on Rule 33(d) that "further details" regarding its positions can be found in McAfee's source code. However, McAfee did not specify the portions of the source code relevant to its interrogatory response. Please be prepared to discuss this issue on our meet and confer tomorrow as well.

Thanks,

Corby