# EXHIBIT "I"



# Kids are glued to their phones and tablets.

Know what they're up to, guard them from harm, and limit their screen time.

Learn more



## Make the digital world a safer place for your kids

Try now with a free 30-day trial

## See How It Works

Isn't it about time you were able to easily manage your kids' digital life?

Safe Family lets you set limits in real time, even on the go.

Safe Family - Modern Parental Controls





## See what your kids are up to at a glance

View your kid's device activity from application and website access to current location and checked-in places.





## Set rules and time limits for apps and websites

Safe Family starts you off with pre-defined age based rules that you can customize based on your kid's needs.





Locate them on a live map and receive automated notifications the moment they enter or leave familiar places like a school or the library.



## Family Request makes the rules flexible

For every rule there is an exception. Collaborate with your kids by allowing them to request extra app time or access blocked apps or websites.

## Want the latest tips on the digital family?

Safe Family Experts provide the latest security tips and online trends to save you time, and help keep your family safe.

Go to Safe Family Newsroom



|  | Monthly | Yearly |
|---|---|---|
|  |  | **Best Value** |
|  | $7.99 | $49.99 |
|  | Buy Now | Buy Now |

See *offer details below

## Cross-platform protection

Learn how Safe Family protects your family's devices

[Learn about iOS support](#)



| ACTIVITY FEED | Android | iOS | Windows PC |
|---|:---:|:---:|:---:|
| App Usage Activity | ✓ |  | ✓ |
| Web Usage Activity | ✓ |  | ✓ |
| Location Alert History | ✓ | ✓ | ✓ |
| System Alert History | ✓ | ✓ | ✓ |
| List of installed apps on kid's device | ✓ | ✓ | ✓ |
| **PARENTAL CONTROLS** | **Android** | **iOS** | **Windows PC** |
| App Blocking | ✓ | ✓ | ✓ |



| | | | |
|---|---|---|---|
| Screen Time Management | ✓ | ✓ | ✓ |
| Block download of new apps | ✓ | ✓ | |
| Block in-app purchase | | ✓ | |
| Digital Time-Out | ✓ | ✓ | ✓ |
| Uninstall protection | ✓ | | ✓ |
| **FAMILY REQUESTS (Not supported on IOS. Find out why >)** | **Android** | **iOS** | **Windows PC** |
| Receive kid's permission request to access blocked apps | ✓ | | ✓ |
| Receive kid's permission request to access blocked websites | ✓ | | ✓ |
| **FAMILY LOCATOR** | **Android** | **iOS** | **Windows PC** |
| Locate your kids on an interactive map | ✓ | ✓ | ✓ |
| Receive your kid's checked-in alert | ✓ | ✓ | ✓ |
| Receive an automatic alert when kids arrive or leave a known place | ✓ | ✓ | ✓ |

Note:
1. The app blocking feature for iOS lets you hide apps from view on your kid's iPhone or iPad based on an age rating system. You can set ratings under Kid's Rule > App Rules if you wish to enforce on the apps used on their device.

## Ready to try Safe Family?

Make the digital world a safer place for your family.

**Buy Now**





🇺🇸 USA    System requirements    About    Privacy

© 2003-2021 McAfee, LLC.



**\*Offer Details & Terms:**
Important offer, subscription, price and automatic renewal terms:

- The amount you are charged upon purchase is the price of the first term of your subscription. The length of your first term depends on your purchase selection (e.g., 1 month or 1 year).  Once your first term is expired, your subscription will be automatically renewed on an annual basis (with the exception of monthly subscriptions, which will renew monthly) and you will be charged the renewal term subscription price in effect at the time of your renewal, until you cancel.
- Unless otherwise stated, if a savings amount is shown, it describes the difference between the annual cost and the month-to-month cost.
- Pricing is subject to change. If the renewal price changes, we will notify you in advance so you always know what's going on.
- You can cancel your subscription or change your automatic renewal settings any time after purchase from your My Account page. To learn more about automatic renewal, click here.
- You may request a refund by contacting Customer Support within 30 days of initial purchase or within 60 days of automatic renewal (for 1 year or longer terms).
- Your subscription is subject to our License Agreement and Privacy Notice and is for personal use on the number of supported devices allowed under your subscription. Subscriptions covering "all" devices are limited to supported devices that you own. Product features may be added, changed or removed during the subscription term, and not all features are available for all operating systems—see System Requirements for supported devices. Software does not guarantee protection against all possible threats.