# EXHIBIT "J"



Consumer Support       Community    Contact Support



Your McAfee software is still working and protecting your Mac as designed. To learn more, see article TS103185.

**Windows customers:** If you are having connection issues with your McAfee VPN, see article TS103190.

Support Home  >

# Knowledge Center

Search Consumer Support    [ Search ]

## How to add devices to McAfee Safe Family

Document ID : TS102344

## Summary

This article describes how to add devices for members of your family in McAfee Safe Family. This article assumes that you have done the following three tasks:

- Installed the Safe Family app
- Completed the initial configuration
- Created a Safe Family profile

Choose one of the three solutions shown below, based on the type of device that you want to add:

▼ Windows

Use these instructions to add more devices to Safe Family on the following supported Windows versions:

- Windows 10
- Windows 8, 8.1
- Windows 7

**On a registered Windows device:**

1. Open **Safe Family** and log on to the Parent account (use the administrator account and password credentials).
2. Click **Family**, and then click a name in the list of family members shown.
3. Click **Devices** within the family member's profile, and then click **Add**

**Need help?** Try the McAfee Virtual Assistant.






**Consumer Support**  Community   Contact Support

following steps.

- Send an email to an account on the unregistered device

Depending on the method you chose, complete the process on the unregistered device:

**Use the access code on an unregistered device**

1. Download and install Safe Family to the device from:
   http://family.mcafee.com/#/
2. Open **Safe Family** and click **Connect to your Family**.
3. Type the access code under **Access Code (default for unregistered devices)**.
4. Click **Join Family**. The device is now added to your family member's account in Safe Family. When the setup is complete, the device is added to your family. By default, when Safe Family starts on the device, the device is logged on to your family member's profile.

**Use an email invitation for an unregistered device**

1. On the unregistered device, open your email application. Open the email with the subject **Safe Family**.
   **NOTE:** If you do not see the email, confirm that it was sent from the registered device. If installation is still needed, the email also has a link to the application.
2. Make a note of the **access code** in the email.
3. Download and install Safe Family to the device from:
   http://family.mcafee.com/#/
4. Open **Safe Family** and click **Connect to your Family**.
5. Type the code under **Access Code (default for unregistered devices)**.
6. Click **Join Family**. The device is now added to your family member's account in Safe Family. When the setup is complete, the device is added to your family. By default, when Safe Family starts on the device, the device is logged on to your family member's profile.

 iOS

Use these instructions to add more devices (running iOS 8 and above) to Safe Family:

**On any device that already has Safe Family installed:**

1. Open **Safe Family** and **Log in** with Parent(administrator) account and password credentials.
2. Select the **Family icon**, and then tap a **name** in the list of family members shown.
3. Select **Devices** within the family member's profile, then tap **Add device**.

**Need help?** Try the McAfee Virtual Assistant.







Consumer Support                                                Community       Contact Support

Depending on the method chosen, complete the process on the unregistered device:

**Using the Access Code on an unregistered device**

1. Open the Apple App Store on your unregistered iOS device and search for **McAfee Safe Family**.
2. **Download** and **install** Safe Family to the device.
3. Open **Safe Family** and tap **Connect to your Family**.
4. Type the code under **Access Code (default for unregistered devices)**.
5. Tap **Join Family**.
6. Tap **Next** and follow the online instructions to install the two other files needed for iOS installations.
7. When prompted, tap **Install now** from inside the Safari web browser to begin the installation of the needed **certificate** file.
8. On the certificate installation screen, tap **Install**.
9. Type your iOS device passcode, then tap **install** twice for the confirmation.
10. Tap **Done** when the certificate is successfully installed.
11. Tap **Install** to install the iOS profile. When prompted, tap **Install** again and then type your iOS device passcode.
12. Tap **Install** again, tap **Trust**, and then tap **Done**. When the setup is complete, the device is added to your family. By default, when Safe Family starts on the device, the device is logged on to your family member's profile.

**Using an Email invitation for an unregistered device**

1. On the unregistered device open your email app, and then open the email with a subject **Safe Family**.

   **NOTE:** If you do not see the email, confirm that it was sent from the registered device. If installation is still needed, the email also has a link to the application.

2. Make note of the **Access code** in the email.
3. Open the Apple App Store on your unregistered iOS device and search for **McAfee Safe Family**.
4. **Download** and **install** Safe Family to the device
5. Open Safe Family and tap **Connect to your Family**.
6. Type the code under **Access Code (default for unregistered devices)**.
7. Tap **Join Family**.
8. Tap **Next**, and follow the instructions to install the **two other files** needed for iOS installations.
9. When prompted, tap **Install now** from inside the Safari web browser

**Need help?** Try the McAfee Virtual Assistant.







**Consumer Support**  Community   Contact Support

again and then type your iOS device passcode.

13. Tap **Install** again, tap **Trust**, and then tap **Done. When** the setup is complete, the device is added to your family. By default, when Safe

Family starts on the device, the device is logged on to your family member's profile.

▼ Android

Use these instructions to add more devices (running Android 4.0 and above) to Safe Family:

**On any device that already has Safe Family installed:**

1. Open **Safe Family**, **Log in** with your administrator (Parent) account and password credentials, and then select **Join Family**.
2. Select **Family**, and then tap or click a **name** in the list of family members shown.
3. Select **Devices** within the family member's profile, then tap or click **Add device**.
4. Choose one of the following options:
   - Use the Access Code.

     **NOTE:** Make a note of the access code. You need it in the following steps.

   - Send an email to an account on the unregistered device

Depending on the method chosen, complete the process on the unregistered device:

**Using the Access Code on an unregistered device**

1. Open the **Google Play Store** (https://play.google.com) on your unregistered Android device and search for **McAfee Safe Family**.
2. **Download** and **install** Safe Family to the device.
3. Open **Safe Family** and tap **Connect to your Family**.
4. Type the code under **Access Code (default for unregistered devices)**.
5. Tap **Join Family**. When the setup is complete, the device is added to your family. By default, when Safe Family starts on the device, the device is logged on to your family member's profile.

**Using an Email invitation for an unregistered device**

1. On the unregistered Android device open your email app, and then open the email with a subject **Safe Family**.

   **NOTE:** If you do not see the email, confirm that it was sent from the registered device. If installation is still needed, the email also has a link

Need help? Try the McAfee Virtual Assistant.




 

Consumer Support     Community     Contact Support

4. **Download** and **install** Safe Family to the device.
5. Open **Safe Family** and tap **Connect to your Family**.
6. Type the code under **Access Code (default for unregistered devices)**.
7. Tap **Join Family**. When the setup is complete, the device is added to your family. By default, when Safe Family starts on the device, the device is logged on to your family member's profile.

To learn more about device installation, see: TS102342 - How to download and install Safe Family

## Related Information

See the articles listed below for more information about getting started with Safe Family. If the information you are looking for is not listed below, go to the Safe Family homepage at http://family.mcafee.com/#/ and click **Menu**. You find more information available under the **Learn more** option. For more information, see:

- TS102343 - How to create and set up a Family profile in Safe Family.
- TS102349 - How to add, modify, or remove kid profiles in Safe Family.

**Was this information helpful?**

Yes     No

Protected by reCAPTCHA: Privacy ⧉ & Terms ⧉

| | |
|---|---|
| **Platform/Issue Type** Mobile or Tablet PC | **Countries and Languages :** This article is available in the following countries and languages : |
| **Affected Products** McAfee Safe Family | |
| **Content Type** Getting Started Install/Uninstall | Select One ▼ |

**Need help?** Try the McAfee Virtual Assistant.






Consumer Support                                Community     Contact Support



## Use our virtual assistant for guided solutions.

Our virtual assistant leads you step by step through solutions to common issues with McAfee products.

Launch Assistant

## Try our Community

Ask questions, share information, and get help from other McAfee customers.

Go to Community

## Need to talk to an expert?

Get help for your McAfee product from a support expert.

Contact Support

**STILL NEED HELP?**

## Tune up your PC with our TechMaster service

A paid service offering virus removal help, device and software set-up, troubleshooting and PC tune-ups.

**Need help?** Try the McAfee Virtual Assistant.





## Consumer Support

Community    Contact Support



Corporate Headquarters
6220 America Center Drive
San Jose, CA 95002 USA

### Products

McAfee® Total Protection

McAfee® LiveSafe™

### Support

Consumer Support

Virus Removal Service

McAfee ® TechMaster Service

Contact Support

### About

About McAfee

Careers

Contact Us

Site Map

Privacy & Legal Terms

System Requirements

**\*Offer Details & Terms:**

Important offer, subscription, price and automatic renewal terms:

• The amount you are charged upon purchase is the price of the first term of your subscription. The length of your first term depends on your purchase selection (e.g., 1, month, 1 year, 2, years, etc.). Once your first term is expired, your subscription will be automatically renewed on an annual basis (with the exception of monthly subscriptions, which will renew monthly) and you will be charged the renewal term subscription price in effect at the time of your renewal, until you cancel.

• Unless otherwise stated, if a savings amount is shown, it describes the difference between the first term and renewal term subscription prices (e.g., first year price vs. each year thereafter).

• Pricing is subject to change. If the renewal price changes, we will notify you in advance so you always know what's going on.

• You can cancel your subscription or change your automatic renewal settings any time after purchase from your My Account page. To learn more about automatic renewal, click here.

• You may request a refund by contacting Customer Support within 30 days of initial purchase or within 60 days of automatic renewal (for 1 year or longer terms).

• Your subscription is subject to our License Agreement and Privacy Notice and is for personal use on the number of supported devices allowed under your subscription. Subscriptions covering "all" devices are limited to supported devices that you own. Product features may be added, changed or removed during the subscription term, and not all features are available for all operating systems—see System Requirements for supported devices. Software does not guarantee protection against all possible threats.

• To be eligible for VPP you must be actively enrolled in our auto-renewal service with a qualifying product installed. If we cannot remove a virus from a device we support (see VPP System Requirements), we'll refund—for the current term of your subscription—the actual amount you paid for the qualifying product, or the value of the qualifying product if it was included in a bundle (see terms of service for details), less any discounts, rebates, refunds, shipping, handling or taxes. The refund does not apply to any damage or loss caused by a virus—we strongly recommend that you always backup your data to prevent data loss. Refer to our terms of service for details: mcafee.com/pledge

Need help? Try the McAfee Virtual Assistant



Consumer Support

Community     Contact Support

**Need help?** Try the McAfee Virtual Assistant.


