# EXHIBIT "K"



**Google Play**

Apps

My apps

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide

Search

Sign in

## Safe Family – Screen Time & Parental Control App

**McAfee LLC**   **Productivity**   ★★☆☆☆ 5,070

🄴 Everyone

Offers in-app purchases

Add to Wishlist

Install



McAfee Safe Family provides parents with the visibility and simple controls needed to improve web, app & digital safety for children. We encourage positive parent-child interactions and help establish trust and peace of mind in an ever-mobile, ever-social, ever-changing world.

McAfee Safe Family is a comprehensive parental control app that enables you to monitor your kids' phone activities and protects your children from exposure to inappropriate digital content. It sets up a child lock that blocks inappropriate apps, monitors your kids' cell phones, locates their position with a GPS map using the phone tracker feature and limits their screen time.

Download McAfee Safe Family now to view reports about your kids' device usage and allows parents to block social media apps to avoid any potential cyber-bullying or trolling. Instantly block apps you consider inappropriate, monitor your kids' phone activities, enable a child lock and limit screen time with a bedtime curfew. Choose to allow extra app time or provide access a blocked app plus know where your children are at all times through their connected devices with the Family Locator.

Features:

✔ View history about app usage activity, location details and system alert history

✔ App Blocker by category keeps your children from accessing apps in specific categories

✔ App Blocker by specific Android apps allows you to block individual apps on your kid's Android device

✔ Set a daily time limit for apps to help manage the amount of screen time your child spends with specific applications

✔ Track a cell phone and see your kids on a live map so that you know where they are in real time - from breakfast to bedtime



Apps

Categories ⌄

Home    Top charts    New releases

My apps

Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

✓ Limit screen time to prevent your kids from using their devices early in the morning or set a bedtime curfew and limit accessibility late at night

✓ Use this function to promote good mental health and limit the negative impacts of artificial bluelight, which has been linked with insomnia

✓ Pause internet usage when you want to, give your kids a 1-click digital time-out when they will be unable to access the Internet or use a majority of their apps until the time-out has been removed

✓ Enjoy a device free dinnertime by putting your children on time-out while eating dinner and spending time with the family

✓ Uninstall protection prevents kids from uninstalling Safe Family from their Android devices and PCs

Download McAfee Safe Family 👪 now for the peace of mind that your family will stay safer and more secure, online and on their phone.

30-DAY RISK FREE TRIAL − offers the full McAfee Safe Family experience for free. McAfee Safe Family supports an unlimited number of your kids' devices, whether it is a smart phone, tablet, laptop or PC. You have the option at the end of the 30-day free trial period to sign up for an auto-renewing monthly or yearly subscription.

Note: McAfee Safe Family uses the Device Administrator permission to alert you when your kids try uninstalling the app from their devices.

Note: This app uses Accessibility services.

Facebook: https://www.facebook.com/McAfee/
Instagram: https://www.instagram.com/mcafee/?hl=en
YouTube: https://www.youtube.com/watch?v=cCCxjWnz-Zs
Twitter: https://twitter.com/mcafee_family

SUPPORT AND FEEDBACK
Give us feedback on Safe Family at:
https://community.mcafee.com/community/home/parental_controls/safe-family

LEARN MORE ABOUT MCAFEE SAFE FAMILY
Please visit our website http://family.mcafee.com/ to learn more about us!

PRIVACY POLICY
View our privacy policy at https://www.mcafee.com/consumer/en-us/policy/global/legal.html

**COLLAPSE**

REVIEWS                                              ⓘ Review policy and info

2.2

★★☆☆☆

👤 5,070 total

5 ▬▬▬▬▬
4 ▬
3 ▬
2 ▬
1 ▬▬▬▬▬▬▬▬▬

K   Kanani Watts
    ★☆☆☆☆ May 17, 2021

👍
54

⋮

This app is terrible! It never worked properly! The app did not respond in real time. I always





Apps | Categories | Home | Top charts | New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

do with the my son...

Full Review

**Get Lo**
★ May 21, 2021
34

More trouble than it is worth, cannot recommend. 1. The location function is completely useless, unless you are happy knowing the loction +/- 5km or so, better just to enable share location on google maps. 2. The app blocker is useless, if your kid asks to use something it has blocked it is really s...

Full Review

**GodsGraceOnMe 22**
★ May 19, 2021
17

I never wanted, dont know how got on my phone, slowed the hecl out ofit, and caused me issues having tele health appts because it gave itself permission to be over all other apps!!! Mcafee has always been sketchy, in my opinipn. It'd come installed on your computer and when you dony want it after fr...

Full Review

**Moony The Squire**
★ June 20, 2021
25

It overall does not work. It'll block my kid from things that I have given them permission to be on on the app. The screen time limit is late and all you have to do is hit the back button a few times and it stops.

READ ALL REVIEWS

WHAT'S NEW

• Bug fixed and performance optimization

ADDITIONAL INFORMATION

**Updated**
December 14, 2020

**Size**
18M

**Installs**
1,000,000+

**Current Version**
2.9.2.10840

**Requires Android**
4.4 and up

**Content Rating**
Everyone
Learn more

**Interactive Elements**
Shares Location

**In-app Products**
$0.99 - $99.99 per item

**Permissions**
View details

**Report**
Flag as inappropriate

**Offered By**
McAfee LLC

**Developer**
Visit website
mmsfeedback@mcafee.com
Privacy Policy
Corporate Headquarters
6220 America Center
Drive, San Jose, CA
95002 USA

Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

## Similar

See more

Norton Family Pare
NortonMobile

Parental Control & S
Kidslox, Inc.

Parental Control Kr
Parental Control Kroha

Parental Control : S
Bit Guardian GmbH

## More by McAfee LLC

See more

Mobile Security: VP
McAfee LLC

McAfee® Security f
McAfee LLC

McAfee® Security f
McAfee LLC

Safe Connect VPN:
McAfee LLC

©2021 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.