# EXHIBIT "L"

Google Play Apps Search Sign in

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Safe Family – Screen Time & Parental Control App

McAfee LLC Productivity 5,070

Everyone

Offers in-app purchases

Add to Wishlist

Install

## Safe Family – Screen Time & Parental Control App

McAfee LLC

Showing permissions for all versions of this app

Other

- receive data from Internet
- view network connections
- create accounts and set passwords
- full network access
- run at startup
- draw over other apps
- prevent device from sleeping
- toggle sync on and off
- write web bookmarks and history
- Google Play license check

Updates to Safe Family – Screen Time & Parental Control App may automatically add additional capabilities within each group. Learn more

Cancel

…ls needed to improve …actions and help …g world.

…to monitor your kids' …ital content. It sets up a child lock that blocks inappropriate apps, monitors your kids' cell phones, locates their position with a GPS map using the phone tracker feature and limits their screen time.

Download McAfee Safe Family now to view reports about your kids' device usage and allows parents to block social media apps to avoid any potential cyber-bullying or trolling. Instantly block apps you consider inappropriate, monitor your kids' phone activities, enable a child lock and limit screen time with a bedtime curfew. Choose to allow extra app time or provide access a blocked app plus know where your children are at all times through their connected devices with the Family Locator.

Features:

✔ View history about app usage activity, location details and system alert history

✔ App Blocker by category keeps your children from accessing apps in specific categories

✔ App Blocker by specific Android apps allows you to block individual apps on your kid's Android device

✔ Set a daily time limit for apps to help manage the amount of screen time your child spends with specific applications

✔ Track a cell phone and see your kids on a live map so that you know where they are in real time - from breakfast to bedtime

