# EXHIBIT "N"



(https://parentalcontrolnow.org/)



Home

> Parental Control Software Reviews (https://parentalcontrolnow.org/parental-control-software-reviews/)

> McAfee Safe Family



## McAfee Safe Family   9

> **Supporting platforms** – Windows, iOS, Android
> **Notifications** – Geo-fencing with alerts as kids leave or enter places
> **Activity Record** – Websites and apps (not on iOS), time spent, chats and social media
> **Blocking and Filtering** – Allows to block emails and downloads of apps, in app purchases on iOS
> **Ease of use** – Installation process for McAfee Safe Family is easy and quick
> **Extra services** – Part of the household 10 device protection package
(https://parentalcontrolnow.org/go/mcafee)

$34.99/Y                               Visit site   (https://parentalcontrolnow.org/go/mcaf)

 By Mark Harris

### Quick inner navigation:

1. McAfee Safe Family Review
2. Reporting and Notification

3.Blocking and Filtering

4.Time Supervision

5.Mobile Compatibility

6.Pricing

**McAfee Safe Family Review**

If you are concerned about your kids' safety online, a reputed parental control software might come to your rescue. It is not the need today, but rather a necessity all because our kids are exposed to new online threats every day.

McAfee Safe Family is one such name you can rely upon. With a host of features and controls, this software has a lot to offer to its users. It performs all the basic controls like website-blocking, tracking social media activities, has an efficient time management system and the likes.

**IMPORTANT NOTE: McAfee Total Protection is offering parental controls as well as part of the Family package up to 10 device protection for only $34.99. Grab it here (https://parentalcontrolnow.org/go/Mcafee).**

Let us take a look at how this software fairs in the market of parental control tools.

## Reporting and Notification

Using McAfee Safe Family allows you to stay aware and notified of your kids' activities all the time. An alert is issued on your phone whenever your child engages in a restricted online activity. In this way, you can keep tabs on their actions at all times.

From having a look at what all websites your kids visit, to tracking their online time and suspicious chats on social media – McAfee basically helps out with everything you might be concerned about.

All you need to do is enable notifications on your app, and provide the application the access to the location to retrieve all the information. It is highly recommended to install McAfee's mobile device management of MDM profile to stay connected with your child's activity throughout.

## Filtering, Blocking, and Monitoring

McAfee Safe Family efficiently imposes a lot of filters on your child's online activities. What's more? You can filter, block and monitor your child's online presence on all devices. Thus, no matter they use a smartphone or laptop, you can be assured that everything is going to be reported to you.

This is all thanks to the McAfee Safe Eyes internet filter software. How does this work?

With this parental control software, you can block content online for up to 35 different categories.

You do not necessarily need to stick to the existing categories. You can customize the filters and block your child's access.

You can block any particular site(s) that you believe should not be made accessible to your children.

The filters offered by this software also prevent the children from inserting sexually suggestive content or words into a search engine, a chat box, and the likes.

Every time your kid engages in any of these activities, you will be notified via phone, email or text. This helps your monitor their activities.

## Using Filters

Here are some examples of how this software blocks and filters your child's internet usage.

1. Emails

You can block emails to your child's account from other restricted accounts. In most cases, kids tend to set up a new account to bypass this rule. But, in that case, the McAfee app will block the user from creating an email account, apart from that one that has already been approved.

The main challenge with this email blocking feature is only applicable to service providers like Gmail, Hotmail, and Yahoo and does not extend to web-based email services.

2. Social networking

One of the biggest concerns for parents is their children's activities on social media. Using this software puts a filter on their social media use. If your child posts unacceptable posts online on social media sites, you would be made aware of that immediately. This could mean posting profanity-related content, violent content and the likes on platforms like Facebook and others.

The filtering option is browser- dependent which means the categories and filters can vary from one browser to another.

## Time Supervision

McAfee Safe Family also allows you to monitor the time that your child spends online, on the virtual platform. Let us have a look at how this time supervision feature works for the parents.

- Firstly, you can put a cap on the total number of hours your child can spend online per day
- Possibility to indicate specific periods of time during the day when the child would be allowed to access the internet.
- It is possible for your child to try and trick the whole system. They can change the time settings on the computer. But this has no effect on the software since the timings are measured on the servers.
- You can make certain days as exceptions and add some more time to their regular routine. In that case, all you would need to do is log in as an administrator and add some time for your child.
- When the time is up, the system itself will notify the child of their online team.

Finally, you will be presented with a graphical representation of the internet usage, depicting the days of the week and the total number of hours spent online.

## Other Features

Apart from filtering website content and keeping you notified of your child's status, there are various other activities that this software focuses on. For instance, the activity record feature presents you with reports of how your child is using the internet. It is possible to store these reports either on the computer or your local drive which you can access from a single location only.

Another option is to store it on the Safe Eyes secure server, which you can access from anywhere and at any time which is an additional advantage provided by this parental control software.



★ ★ ★ ★ ★

| | |
|---|---|
| Supporting Platforms | - Android<br>- iOS<br>- Windows |
| Price | - $44.99 Yearly<br>- Part of McAfee Total Protection |
| Go to Site | Mcafee (https://parentalcontrolnow.org/go/mcafee) |

## McAfee Safe Family for Android

McAfee Safe Family setup for Android devices is quick and simple. Right from the setup, you can set the configuration for parental or child controls. The app is easy to use with a rather comfortable interface.

For the children, the special internet timing rules, location check-ins, and app usage are clearly mentioned. However, the app is a little slow to launch and lacks the useful SOS button.

## McAfee Safe Family for iPhone

The initial setup is very similar to the Android version of the application. There is only one single app for both the parent and the child and the configurations are different. However, it differs from the Android version in the fact that it lacks a Requests tab.

As a parent, you would be required to enable both the notification and location feature services along with the MDM feature.

## Pricing

The pricing structure of McAfee Safe Family is simple and clear. The monthly fee is $7.99 covering an unlimited number of devices. If you opt for the annual plan, you would be paying a total of $49.99 which offers quite a discount.

If you are new to this software, the 30-day trial version could prove to be helpful. As compared to other similar parental control apps, McAfee proves to be a little more expensive!

IMPORTANT NOTE: McAfee Total Protection is offering parental controls as well as part of the Family package up to 10 device protection for only $34.99. Grab it here (https://parentalcontrolnow.org/go/Mcafee).

mcAfee safe family price

**Location**

By means of this interactive parental control software, you can actually have access to your child's location at all times. This would mean that the location of the user is updated, based on the device used. Also, you will have access to a map that denotes your location and pin points your child's location.

In fact, there is also a feature by virtue of which you will be notified whenever your child leaves a certain location with their device. For instance, you could define a certain location on the software and create a boundary within 100-750 meters. So, whenever your child's location changes, be it coming into this boundary or leaving the vicinity, you would be notified on your phone.

But there is a certain drawback with this. If you child puts off the location function from their system, you would not be able to track them. You would be notified of the location feature being turned off.

## McAfee Safe Family: Pros and Cons

Pros:

McAfee Safe Family works on an unlimited number of devices for different child accounts
It comes packed with good time management features to restrict your child's internet usage hours
The reports provided are detailed and are explained graphically
The notification system is quick and prompt

Cons:

The software is not browser independent. Its functionalities change from browser to browser
The mobile app is slow in function and performance
It proves to be a little weak on iOS devices

## Installation and Customer Support

The installation process for McAfee Safe Family is easy and quick. There is only one common application for both the parents and children. The configuration is different at the setup and you can mention your role right then. However, children cannot access the parent's account without a password.

In order to access the full functionality of the device, you would need to enable the notifications and location functions, along with the system's MDM profile.
If you face any issues in this process, you can always get in touch with the

customer support system, from the application or from the website. They can be reached over phone, email or text.

## Final verdict for McAfee Safe Family

Considering all the options and features, McAfee offers almost all the standard parental control features and tools for its users. The advantage here is that with the monthly or annual package, you can have access to an unlimited number of child accounts.

It has a great reporting system and the notification feature is also well-developed. However, since it is a little expensive, a thorough check of the features offered is necessary.

**Watch this McAfee Safe Family parental control software review to learn more (http://mcafee.com) about how to set up McAfee Safe Family**

Mark Harris (https://parentalcontrolnow.org/author/parentalguru/)

A concerned 46 year old father of 3, ages 16, 12 & 9, Computer scientist

"As part of my parenting quest to keep my children safe in the online world, I've researched and tested many parental control apps.

I take great pride in contributing to other parents quests by sharing my reviews on Parental Control Now"

## Popular posts

**Bark VS. Qustodio feature comparison (https://parentalcontrolnow.org/bark-vs-qustodio/)**
by Mark Harris
August 15, 2020

**How to Monitor Your Childs Activity Online (https://parentalcontrolnow.org/how-to-monitor-your-childs-activity-online/)**
by Mark Harris
October 8, 2020

**How Can I Monitor My Child's Phone Without Them Knowing? (https://parentalcontrolnow.org/how-can-i-monitor-my-childs-phone-without-them-knowing/)**
by Mark Harris
March 29, 2020

**Interview with Bark's CEO – Brian Bason (https://parentalcontrolnow.org/bark-ceo-brian-bason/)**
by Mark Harris
January 10, 2021

**Black Friday & Cyber Monday Deals for Parental Control Apps (https://parentalcontrolnow.org/black-friday-cyber-monday-deals-parental-control-apps/)**
by Mark Harris
November 18, 2020

**Best Free Parental Control Apps For 2021 (https://parentalcontrolnow.org/best-free-parental-control-apps/)**
by Mark Harris July 22, 2019

*January 17, 2020 at 08:33 (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/#comment-249)*

**Great deal**



The house hold package came also with ID Theft Protection which was a nice surprise.

*Reply*

*August 6, 2019 at 06:29 (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/#comment-138)*

**Love this app**



Easy to control and monitor my kids' activities thru their gadgets. Thank you for this great app!

*Reply*

*August 9, 2018 at 08:09 (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/#comment-98)*

**Easy to use**



Very easy to use and intuitive and has a lot of control over app types and web use and content.

*Reply*

*August 2, 2018 at 07:21 (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/#comment-97)*

★★★★☆

The Maps section shows both your location and your child's location on an interactive map. You can define any number of places for monitoring your child's whereabouts.

*Reply*

## Submit Your Own Review

Your email address will not be published. Required fields are marked *

Your Review

```
Tell about your experience or leave a tip for others
```

Name *

Email *

Your overall rating of this listing:
★★★★☆  Very Good

Title of your review:

Summarize your opinion or highlight an interesting detail

☐ I'm not a robot
reCAPTCHA
Privacy - Terms

**Submit your Review**

| Feature | McAfee Safe Family | Norton Family Premier (https://parentalcontrolnow.org/go/mc | Net Nanny (https://parentalcontrolnow.org/go/Nc (https://parentalcontrolnow.org/go/Ne |
|---|---|---|---|
| Devices Supported | Unlimited | Unlimited | 1 |
| Content Filtering | | | |
| Social Network Monitoring | | | |
| Remote Management | | | |
| Location Tracking | | | |
| Time Limits | | | |
| Price | $34.99/Y | $49.99 | $39.99 |
| Final Rating | 9 | 9.3 | 8 |
| | Visit site | Visit site | Visit site |

# Best (And Worst) Parental Control Apps For 2021

In this section, we're taking a look at a few of the very best

| 9.4 | 9.2 | 9 | 8.6 |

| | | | |
|---|---|---|---|
| ( https://parentalcontrolnow.org/parental-control-software-reviews/qustodio/ ) Qustodio › | ( https://parentalcontrolnow.org/parental-control-software-reviews/mobicip/ ) mobicip › | ( https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/ ) McAfee Safe Family › | ( https://parentalcontrolnow.org/parental-control-software-reviews/spy-agent/ ) Spy Agent › |
| 8.9 ( https://parentalcontrolnow.org/parental-control-software-reviews/eset/ ) ESET Parental Control for Android › | 8.0 ( https://parentalcontrolnow.org/parental-control-software-reviews/ourpact/ ) Ourpact › | 8 ( https://parentalcontrolnow.org/parental-control-software-reviews/net-nanny/ ) Net Nanny › | 9.3 ( https://parentalcontrolnow.org/parental-control-software-reviews/norton-family-premier/ ) Norton Family Premier › |
| 8.7 ( https://parentalcontrolnow.org/parental-control-software-reviews/kaspersky-safe-kids/ ) Kaspersky Safe Kids › | 9.5 ( https://parentalcontrolnow.org/parental-control-software-reviews/mspy/ ) Mspy › | 9.2 ( https://parentalcontrolnow.org/parental-control-software-reviews/familytime/ ) Familytime › | 9.8 ( https://parentalcontrolnow.org/parental-control-software-reviews/bark/ ) Bark › |
| | | | 8.3 ( https://parentalcontrolnow.org/parental-control-software-reviews/webwatcher/ ) WebWatcher › |
| 8.7 | 7 | 8 | 8 |

KidLogger › (https://parentalcontrolnow.org/parental-control-software-reviews/kidlogger/)

Spyzie › (https://parentalcontrolnow.org/parental-control-software-reviews/spyzie/)

uKnowKids › (https://parentalcontrolnow.org/parental-control-software-reviews/uknowkids/)

Boomerang › (https://parentalcontrolnow.org/parental-control-software-reviews/boomerang/)

8.0 SpyFone › (https://parentalcontrolnow.org/parental-control-software-reviews/spyfone/)

8.6 MMGuardian › (https://parentalcontrolnow.org/parental-control-software-reviews/mmguardian-2/)

7.5 FelxiSPY › (https://parentalcontrolnow.org/parental-control-software-reviews/flexispy/)

8.1 Screen Time › (https://parentalcontrolnow.org/parental-control-software-reviews/screentime/)

9.1 FamiSafe › (https://parentalcontrolnow.org/parental-control-software-reviews/famisafe/)

8.3 Disney Circle › (https://parentalcontrolnow.org/parental-control-software-reviews/disney-circle/)

7.2 Kidslox › (https://parentalcontrolnow.org/parental-control-software-reviews/kidslox/)

8.3 Safe Lagoon › (https://parentalcontrolnow.org/parental-control-software-reviews/safe-lagoon/)

8.5 Google Family Link › (https://parentalcontrolnow.org/parental-control-software-reviews/google-family-link/)

7.3 Mobile Fence › (https://parentalcontrolnow.org/parental-control-software-reviews/mobile-fence/)

7.7 Safer Kid › (https://parentalcontrolnow.org/parental-control-software-reviews/safer-kid/)

7.8 iKeyMonitor › (https://parentalcontrolnow.org/parental-control-software-reviews/ikeymonitor/)



8.1

(https://parentalcontrolnow.org/parental-control-software-reviews/highster-mobile/)

Highster Mobile ›

7

(https://parentalcontrolnow.org/parental-control-software-reviews/life360/)

Life360 ›

McAfee Safe Family

**Top 10 Parental Control Apps**

Best Parental Control apps in 2021 (https://parentalcontrolnow.org/best-parental-control/apps/)

Best Free Parental Control Apps For 2021 (https://parentalcontrolnow.org/best-free-parental-control-apps/)

Best Parental Control App for iPhone in 2021 (https://parentalcontrolnow.org/best-parental-control/iphone/)

Best Parental Control Software in 2021 (https://parentalcontrolnow.org/best-parental-control/software/)

Best Parental Control for Windows in 2021 (https://parentalcontrolnow.org/best-parental-control/windows/)

Best Parental Control apps for Android in 2021 (https://parentalcontrolnow.org/best-parental-control/android/)

14 Best Parental Control Apps (https://parentalcontrolnow.org/best-parental-control/14-best-parental-control-apps/)

Best Parental Control apps in 2021 (https://parentalcontrolnow.org/best-parental-control/apps/)

**Reviews**

Spy Agent (https://parentalcontrolnow.org/parental-control-software-reviews/spy-agent/)

Net Nanny (https://parentalcontrolnow.org/parental-control-software-reviews/net-nanny/)

McAfee Safe Family (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/)

Kaspersky Safe Kids (https://parentalcontrolnow.org/parental-control-software-reviews/kaspersky-safe-kids/)

WebWatcher (https://parentalcontrolnow.org/parental-control-software-reviews/webwatcher/)

Ourpact (https://parentalcontrolnow.org/parental-control-software-reviews/ourpact/)

SpyFone (https://parentalcontrolnow.org/parental-control-software-reviews/spyfone/)

Spyzie (https://parentalcontrolnow.org/parental-control-software-reviews/spyzie/)

Mspy (https://parentalcontrolnow.org/parental-control-software-reviews/mspy/)

Best Monitoring Apps in 2021 (https://parentalcontrolnow.org/best-parental-control/monitoring-apps/)

Boomerang (https://parentalcontrolnow.org/parental-control-software-reviews/boomerang/)

Bark (https://parentalcontrolnow.org/parental-control-software-reviews/bark/)

KidLogger (https://parentalcontrolnow.org/parental-control-software-reviews/kidlogger/)

uKnowKids (https://parentalcontrolnow.org/parental-control-software-reviews/uknowkids/)

Qustodio (https://parentalcontrolnow.org/parental-control-software-reviews/qustodio/)

Spy Agent (https://parentalcontrolnow.org/parental-control-software-reviews/spy-agent/)

McAfee Safe Family (https://parentalcontrolnow.org/parental-control-software-reviews/mcafee-safe-family/)

**About**

About – Parental Control Now! (https://parentalcontrolnow.org/about/)

Terms & Conditions

Privacy Policy

Cookie Policy

Contact (https://parentalcontrolnow.org/contact/)

Sitemap (https://parentalcontrolnow.org/sitemap/)

(https://parentalcontrolnow.org/)

Copyright © 2018 Parental Control Now!. All Rights Reserved.

**Disclaimer**: Parental Control Now!