# EXHIBIT F

# Susana M. Ricardo

| | |
|---|---|
| **From:** | Aamir Kazi |
| **Sent:** | Friday, July 02, 2021 3:01 PM |
| **To:** | bfarnan@farnanlaw.com; vowell@fsclaw.com; mtc@fsclaw.com; mfarnan@farnanlaw.com |
| **Cc:** | Susan Morrison; Christopher O. Green; Timothy Burt |
| **Subject:** | McAfee/Kajeet - Source Code Production |

Counsel –

Pursuant to the terms of the Protective Order in this case, McAfee is making its source code is available for inspection in Fish's Atlanta office starting next week.

Thank you.

**Aamir Kazi ::** Principal **::** Fish & Richardson P.C.

404 724 2811 direct **::** kazi@fr.com