**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCAFEE CORP., <br><br> Defendant. | C.A. No. 21-cv-5-MN <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on September 15, 2021, **DEFENDANT MCAFEE CORP.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF KAJEET, INC. (NO. 1)** were served on the attorneys of record, at the following addresses via electronic mail:

| | |
|---|---|
| Brian E. Farnan (Del. Bar No. 4089) <br> FARNAN LLP <br> 919 N. Market Street, 12th Floor <br> Wilmington, DE 19801 <br> bfarnan@farnanlaw.com <br> *Attorneys for Plaintiff* | Jonathan T. Suder <br> Michael T. Cooke <br> Corby R. Vowell <br> Richard A. Wojcio <br> FRIEDMAN, SUDER & COOKE <br> 604 East 4th Street, Suite 200 <br> Fort Worth, TX 76102 <br> jts@fsclaw.com; mtc@fsclaw.com; <br> vowell@fsclaw.com; wojcio@fsclaw.com |

Dated:  September 15, 2021

    By:  */s/ Susan E. Morrison*
        Susan E. Morrison (#4690)
        FISH & RICHARDSON P.C.
        222 Delaware Avenue, 17th Floor
        P.O. Box 1114
        Wilmington, DE 19899
        Tel: (302) 652-5070
        morrison@fr.com

        Aamir Kazi
        Fish & Richardson P.C.
        1180 Peachtree Street NE, 21st Floor
        Atlanta, GA  30309
        Tele: 404-724-2811
        kazi@fr.com

        **ATTORNEYS FOR DEFENDANT**
        **MCAFEE CORP.**