# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>MCAFEE CORP.,<br><br>   Defendant. | C.A. No. 21-cv-5-MN<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 23, 2021, a copy of: (i) Plaintiff's Response to Defendant's First Set of Requests for Production (Nos. 1-8) and (ii) Plaintiff's Response to Defendant's First Set of Common Requests for Production (Nos. 1-93) was served on the following as indicated:

<u>Via E-Mail</u>
Susan E. Morrison
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899
morrison@fr.com

*Counsel for Defendant McAfee Corp.*

<u>Via E-Mail</u>
Aamir Kazi
Christopher O. Green
Fish & Richardson P.C.
kazi@fr.com
cgreen@fr.com

*Counsel for Defendant McAfee Corp.*

Dated: September 23, 2021

Of Counsel:

Jonathan T. Suder
Michael T. Cooke
Corby R. Vowell
Richard A. Wojcio, Jr.
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market Str., 12th Floor
Wilmington, DE 19801
Tel: (302) 777-0300
Fax: (302) 777-0301

Telephone: (817) 334-0400
Facsimile: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
vowell@fsclaw.com
wojcio@fsclaw.com

bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff Kajeet, Inc.*