# Exhibit E

# Courtney Mosuly

| | |
|---|---|
| **From:** | Aamir Kazi |
| **Sent:** | Tuesday, September 28, 2021 1:22 PM |
| **To:** | Rich Wojcio; Corby Vowell; Susana M. Ricardo; Jon Suder; Mike Cooke; bfarnan@farnanlaw.com; Christopher O. Green; Susan Morrison; Michael J. Farnan |
| **Cc:** | McAfee/Kajeet |
| **Subject:** | RE: Kajeet v. McAfee - Request for Source Code |

Hi Rich –

That is fine. I will follow up with you separately on some logistical issues.

Aamir

---

**From:** Rich Wojcio <wojcio@fsclaw.com>
**Sent:** Tuesday, September 28, 2021 11:27 AM
**To:** Aamir Kazi <kazi@fr.com>; Corby Vowell <vowell@fsclaw.com>; Susana M. Ricardo <Ricardo@fr.com>; Jon Suder <jts@fsclaw.com>; Mike Cooke <mtc@fsclaw.com>; bfarnan@farnanlaw.com; Christopher O. Green <cgreen@fr.com>; Susan Morrison <morrison@fr.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** McAfee/Kajeet <McAfee/Kajeet@fr.com>
**Subject:** RE: Kajeet v. McAfee - Request for Source Code


[This email originated outside of F&R.]


Following up to confirm Oct 6-7 for continuation of McAfee source code inspection in your Atlanta offices.

Thanks,
**Richard A. Wojcio, Jr.**
Attorney at Law



FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200  |  Fort Worth, Texas 76102
Direct: 817-574-7012 | Main:817.334.0400  |  Fax: 817.334.0401
Email: wojcio@fsclaw.com  |  Website: www.fsclaw.com

CONFIDENTIALITY NOTE:  This message is intended as a private, confidential communication between or among the parties identified in the heading and may be legally privileged. If you've gotten this by mistake, please delete it from your system immediately.  Unintended transmission does not constitute waiver of the attorney-client or other privilege.

Unless expressly stated, nothing in this message should be construed as a digital or e-signature, nor does it reflect an intent to make an agreement electronically.

IMPORTANT CONFIDENTIALITY NOTICE: This email communication (including all information in this communication and any attachments) is for the sole use of the intended recipient(s) and may be or may contain confidential and/or legally privileged information and/or communication. Any unauthorized review, disclosure, distribution, redistribution, transmission, retransmission, forwarding, circulation, publication, copying, printing and/or any other use of this email communication is strictly prohibited. If you are not an intended and addressed recipient or you have otherwise received this email communication in error, please contact the sender by reply email or by phone immediately and permanently delete this email communication and all attachments. Thank you.

**From:** Rich Wojcio
**Sent:** Monday, September 27, 2021 11:47 AM
**To:** Aamir Kazi <kazi@fr.com>; Corby Vowell <vowell@fsclaw.com>; Susana M. Ricardo <Ricardo@fr.com>; Jon Suder <jts@fsclaw.com>; Mike Cooke <mtc@fsclaw.com>; bfarnan@farnanlaw.com; Christopher O. Green <cgreen@fr.com>; Susan Morrison <morrison@fr.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** McAfee/Kajeet <McAfee/Kajeet@fr.com>
**Subject:** RE: Kajeet v. McAfee - Request for Source Code

Counsel-

Kajeet intends to continue its inspection of McAfee's source code in your Atlanta offices next week on October 6-7, 2021. Both Chetan Sharma and I will conduct the inspection. Please confirm two review laptops with the source code loaded thereon as well as the NetBeans and Eclipse software tools previously requested will be available on those dates. Please also confirm that a separate note-taking laptop will be provided.

Thank you,
**Richard A. Wojcio, Jr.**
Attorney at Law



FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200  |  Fort Worth, Texas 76102
Direct: 817-574-7012 |  Main:817.334.0400  |  Fax:  817.334.0401
Email: wojcio@fsclaw.com  |  Website: www.fsclaw.com

CONFIDENTIALITY NOTE:  This message is intended as a private, confidential communication between or among the parties identified in the heading and may be legally privileged. If you've gotten this by mistake, please delete it from your system immediately.  Unintended transmission does not constitute waiver of the attorney-client or other privilege.

Unless expressly stated, nothing in this message should be construed as a digital or e-signature, nor does it reflect an intent to make an agreement electronically.

IMPORTANT CONFIDENTIALITY NOTICE: This email communication (including all information in this communication and any attachments) is for the sole use of the intended recipient(s) and may be or may contain confidential and/or legally privileged information and/or communication. Any unauthorized review, disclosure, distribution, redistribution, transmission, retransmission, forwarding, circulation, publication, copying, printing and/or any other use of this email communication is strictly prohibited. If you are not an intended and addressed recipient or you have otherwise received this email communication in error, please contact the sender by reply email or by phone immediately and permanently delete this email communication and all attachments. Thank you.

**From:** Rich Wojcio
**Sent:** Friday, August 27, 2021 4:27 PM
**To:** Aamir Kazi <kazi@fr.com>; Corby Vowell <vowell@fsclaw.com>; Susana M. Ricardo <Ricardo@fr.com>; Jon Suder <jts@fsclaw.com>; Mike Cooke <mtc@fsclaw.com>; bfarnan@farnanlaw.com; Christopher O. Green <cgreen@fr.com>; Susan Morrison <morrison@fr.com>; Michael J. Farnan <mfarnan@farnanlaw.com>
**Cc:** McAfee/Kajeet <McAfee/Kajeet@fr.com>
**Subject:** Kajeet v. McAfee - Request for Source Code

Aamir,

Pursuant to the provisions of Paragraph 10(g) of the Protective Order entered in this case [Dkt. No. 28], Kajeet hereby requests that the source code modules listed in the attached document be produced in hard copy.  Some of the items listed are individual files while others are folder locations containing more than one file.  For all folder requests, Kajeet is requesting that each file contained in the identified folder be produced.  In light of McAfee's producing only 22 pages of core technical documents in this case, we expect that there will be no objection from McAfee as to the reasonableness of the number of files and total pages of source code

requested.  Please let us know if McAfee disagrees.  Please also confirm that McAfee will provide the requested documents within four business days, as the Protective Order requires. Kajeet reserves the right to make additional requests for hard copy production of source code as the case progresses.

Kajeet expects to continue its ongoing inspection of McAfee's source code, pursuant to Paragraph 10(a) of the Protective Order, in the upcoming weeks.  We are coordinating with our technical expert to identify dates that are workable on our end to continue the inspection.  I will follow up with firm dates once they are known.  We expect that during this next inspection McAfee will have had sufficient time to now produce the source code in accordance with the requirements of the Protective Order, including providing two laptops with the source code and requested additional software (Eclipse, NetBeans) for review and an additional laptop for note taking.

Thank you,
**Richard A. Wojcio, Jr.**
Attorney at Law

F | S | C

FRIEDMAN SUDER & COOKE
604 East 4th Street, Suite 200  |  Fort Worth, Texas 76102
Direct: 817-574-7012 |  Main:817.334.0400  |  Fax:  817.334.0401
Email: wojcio@fsclaw.com  |  Website: www.fsclaw.com

CONFIDENTIALITY NOTE:  This message is intended as a private, confidential communication between or among the parties identified in the heading and may be legally privileged. If you've gotten this by mistake, please delete it from your system immediately.  Unintended transmission does not constitute waiver of the attorney-client or other privilege.

Unless expressly stated, nothing in this message should be construed as a digital or e-signature, nor does it reflect an intent to make an agreement electronically.

IMPORTANT CONFIDENTIALITY NOTICE: This email communication (including all information in this communication and any attachments) is for the sole use of the intended recipient(s) and may be or may contain confidential and/or legally privileged information and/or communication. Any unauthorized review, disclosure, distribution, redistribution, transmission, retransmission, forwarding, circulation, publication, copying, printing and/or any other use of this email communication is strictly prohibited. If you are not an intended and addressed recipient or you have otherwise received this email communication in error, please contact the sender by reply email or by phone immediately and permanently delete this email communication and all attachments. Thank you.