IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCAFEE CORP., <br><br> Defendant. | C.A. No. 21-5-MN <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE DISCOVERY DISPUTE**

Defendant McAfee Corp. ("McAfee") and Plaintiff Kajeet, Inc. ("Kajeet") respectfully move this Court to schedule a teleconference to address outstanding disputes regarding the following discovery matters:

- The sufficiency of Kajeet's infringement contentions;
- The sufficiency of Kajeet's response to McAfee's Interrogatory No. 1.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (in person and/or by telephone) on the following date(s): November 8, 2021.

Delaware Counsel:

    Susan Morrison
    Michael Farnan

Lead Counsel:

    Aamir Kazi
    Richard A. Wojcio

The parties are available for a teleconference on the following dates:

    November 16, 2021;
    November 17, 2021;
    November 19, 2021.

Dated:  November 11, 2021

| FARNAN LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Michael J. Farnan* <br> Brian E. Farnan (Bar No. 4089) <br> Michael J. Farnan (Bar No. 5165) <br> 919 N. Market St., 12th Floor <br> Wilmington, DE 19801 <br> (302) 777-0300 <br> bfarnan@farnanlaw.com <br> mfarnan@farnanlaw.com | */s/ Susan E. Morrison* <br> Susan E. Morrison (#4690) <br> 222 Delaware Avenue, 17th Floor <br> P.O. Box 1114 <br> Wilmington, DE 19899 <br> Tel: (302) 652-5070 <br> morrison@fr.com |
| **ATTORNEYS FOR PLAINTIFF KAJEET, INC.** | **ATTORNEYS FOR DEFENDANT MCAFEE CORP.** |