## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAJEET, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. NO. 21-cv-5-MN |
| | § | |
| MCAFEE, LLC, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 54(b), Plaintiff Kajeet, Inc. ("Kajeet") and Defendant McAfee, LLC ("McAfee"), by and through their respective counsel, wish to confirm the final resolution of this matter. Kajeet and McAfee hereby stipulate to the dismissal with prejudice of all of Kajeet's claims against McAfee (including previously named and substituted defendant McAfee Corp.), and to the dismissal without prejudice of all of McAfee's counterclaims against Kajeet. Each party will bear its own costs and attorneys' fees.

1

| | |
|---|---|
| DATED: January 3, 2022 | Respectfully submitted, |
| FARNAN LLP | FISH & RICHARDSON, P.C. |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Jonathan T. Suder (*pro hac vice*)<br>Email: jts@fsclaw.com<br>Michael T. Cooke (*pro hac vice*)<br>Email: mtc@fsclaw.com<br>Corby R. Vowell (*pro hac vice*)<br>Email: vowell@fsclaw.com<br>Richard A. Wojcio, Jr. (*pro hac vice*)<br>Email: wojcio@fsclaw.com<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>Phone: 817-334-0400<br>Facsimile: 817-334-0401<br><br>ATTORNEYS FOR PLAINTIFF<br>KAJEET, INC. | */s/ Susan E. Morrison*<br>Susan E. Morrison (#4690)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE 19899<br>Tel: (302) 652-5070<br>Email: morrison@fr.com<br><br>Aamir Kazi<br>1180 Peachtree Street NE, 21st Floor<br>Atlanta, GA 30309<br>Tele: 404-724-2811<br>Email: kazi@fr.com<br><br>ATTORNEYS FOR DEFENDANT,<br>McAFEE, LLC |